UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JOSH GLEN, individually and on behalf of
all others similarly situated,

Case No. 1:19-cv-11429 (RA)

      Plaintiff,      **NOTICE OF APPEARANCE**

 -against-

ROSE & ROSE,

      Defendant.

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Adam M. Marshall, an attorney duly admitted to practice law before this Court, hereby enters his appearance as counsel for Defendant Rose & Rose. Please forward copies of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
    January 22, 2020

         **KAUFMAN DOLOWICH & VOLUCK LLP**

      By: /s/ Adam M. Marshall
         Adam M. Marshall, Esq.
         135 Crossways Park Drive, Suite 201
         Woodbury, New York 11797
         (516) 681-1100
         amarshall@kdvlaw.com

To: All counsel via ECF